# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| KIMBERLY D CROSSON<br><br>*Plaintiff*,<br><br>v.<br><br>MOTEL 6, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:20-cv-00015-TES |

## ORDER

On January 9, 2020, Plaintiff filed her Complaint [Doc. 1] and a defective *in forma pauperis* application [Doc. 2]. Accordingly, the Court ordered her to amend her *in forma pauperis* application and recast her complaint on January 23, 2020. [Doc. 4]. However, Plaintiff failed to file a response to the Order within the 21-day deadline. On February 18, 2020, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute within 14 days. The time for compliance again passed with no response from Plaintiff.

The United States Postal Service returned both the Order for Plaintiff to amend her Motion for Leave to Proceed in Forma Pauperis and to recast her complaint, [Doc. 4], and the Order to Show Cause, [Doc. 6], to the Court as undeliverable mail. *See* [Doc. 7]; [Doc. 8]. Plaintiff has not provided the Court with an alternate address. As the Court has no information regarding Plaintiff's current address, it **DISMISSES without**

**prejudice** the Plaintiff's case. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 4th day of March, 2020.

s/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**